B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re  Patrick Toune                                    Case No.  12-10820
      Debtor                                                              Chapter 7

## AMENDED - CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A –** Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** Capital One | **Describe Property Securing Debt**: 2 Laura Lane, DeWitt, MI 48820 |

Property will be *(check one)*:
    ☒ Surrendered      ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☐ Claimed as exempt      ☒ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:** Kellogg Credit Union | **Describe Property Securing Debt**: 6490 River Dale, Whitemore Lake, MI 48189 |

Property will be *(check one)*:
    ☒ Surrendered      ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☐ Claimed as exempt      ☒ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Kellogg Credit Union | **Describe Property Securing Debt**:<br>16915 Joneslake Rd.<br>Lansing, MI |

Property will be *(check one)*:
  ☒ Surrendered     ☐ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
  ☐ Claimed as exempt    ☒ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Kellog Credit Union | **Describe Property Securing Debt**:<br>1332 Roselawn<br>Lansing, MI 418915 |

Property will be *(check one)*:
  ☒ Surrendered     ☐ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
  ☐ Claimed as exempt    ☒ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>Kellogg Credit Union | **Describe Property Securing Debt**:<br>1401 Roselawn<br>Lansing, MI 48915 |

Property will be *(check one)*:
  ☒ Surrendered     ☐ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
  ☐ Claimed as exempt    ☒ Not claimed as exempt

B 8 (Official Form 8) (12/08) Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:** <br> Kellogg Credit Union | **Describe Property Securing Debt**: <br> 1613 Roselawn <br> Lansing, MI 48915 |

Property will be *(check one)*:
  ☒ Surrendered     ☐ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
  ☐ Claimed as exempt    ☒ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:** <br> Kellogg Credit Union | **Describe Property Securing Debt**: <br> 1527 Owens St. <br> Lansing, MI 48915 |

Property will be *(check one)*:
  ☒ Surrendered     ☐ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
  ☐ Claimed as exempt    ☒ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:** <br> Kellogg Credit Union | **Describe Property Securing Debt**: <br> 1701 Robertson Ave. <br> Lansing, MI 48915 |

Property will be *(check one)*:
  ☒ Surrendered     ☐ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
  ☐ Claimed as exempt    ☒ Not claimed as exempt

**PART B –** Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: July 24, 2013         /s/Patrick Toune
                            Signature of Debtor


                            _____
                            Signature of Joint Debtor